United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**
No. 96-4072

Rodney Tyrone Hopkins,      *
     *
       Appellant,      *    Appeal from the United States
     *    District Court for the
     v.      *    Eastern District of Missouri.
     *
Tannery West,      *       [UNPUBLISHED]
     *
       Appellee.      *

_____

Submitted: June 27, 1997
Filed: July 7, 1997

_____

Before BOWMAN, WOLLMAN, and BEAM, Circuit Judges.

_____

PER CURIAM.

Rodney Tyrone Hopkins appeals from the District Court's[1] adverse grant of summary judgment to Tannery West, Inc., in his Title VII action. After review of the parties' briefs and the record, we conclude the District Court's judgment was correct. Accordingly, the judgment is affirmed. See 8th Cir. R. 47B.

---

[1]The Honorable George F. Gunn, Jr., United States District Judge for the Eastern District of Missouri.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.